**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01753-CV

**TODD PRUETT, Appellant**

**V.**

**LISA CLAYTON, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

We **DENY** appellee's February 11, 2014 motion to reconsider the Court's February 6, 2014 order. We remind appellant that, pursuant to Texas Rule of Appellate Procedure 9.5, copies of all documents filed with the Court must be served on all parties at or before the time of filing. *See* TEX. R. APP. P. 9.5(a).

/s/      ELIZABETH LANG-MIERS
         JUSTICE